IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAROL A. POLLARD | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-CV-2201 JWL/JPO |
| GENERAL ELECTRIC CONSUMER FINANCE | ) ) ) |
| Defendant. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff Carol A. Pollard and Defendant GE Consumer Finance, Inc., hereby stipulate that this cause of action be dismissed with prejudice, each party to bear her or its own costs and attorney's fees.

Respectfully Submitted,

Carol A. Pollard
211 W. 59th Street, #8
Hinsdale, IL 60521
Plaintiff

Daniel B. Boatright    KS Bar # 10937
dboatright@spencerfane.com
Elizabeth E. Orr    KS Bar #21494
eorr@spencerfane.com
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone:   816-474-8100
Facsimile:   816-474-3216
Attorneys for Defendant GE Consumer Finance, Inc.

WA 927262.1